[No. 17401-8-III. Division Three. March 2, 1999.]

X. RAYMOND HICKEY, ET AL., *Appellants*, v. DOG PATCH GROUP, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 95-2-00126-1, Larry M. Kristianson, J., entered April 1, 1998. *Reversed* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 16857-3-III. Division Three. March 4, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGIE J. GARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 96-1-00098-6, Rebecca M. Baker, J., entered July 11, 1997. *Remanded* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 16924-3-III. Division Three. March 4, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD AMIE LAUZON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-01904-7, Kenneth Kato, J., entered September 18, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[Nos. 21095-9-II; 22303-1-II. Division Two. March 5, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON J. McCARTY, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 95-1-00813-4, F. Mark McCauley, J., entered June 28, 1996 and July 24, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Hunt, J.